IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Case No.  02-cv-01957-PSF-OES

JOHN M. LONGO,

      Plaintiff,

v.

REGIS JESUIT HIGH SCHOOL CORPORATION
d/b/a REGIS JESUIT HIGH SCHOOL,

      Defendant.

---

## ORDER SETTING CASE FOR TRIAL

---

     The above-captioned matter has been scheduled for a **nine-day jury trial** on the docket of Judge Phillip S. Figa in the U.S. District Courthouse, Courtroom A602, 6th Floor, 901 19th Street, Denver, Colorado, to commence on **March 27, 2006 at 1:30 p.m.**

     A Final Trial Preparation Conference is set for **March 17, 2006 at 8:30 a.m.** The parties are expected to be fully prepared for trial at that time.  **Lead counsel who will try the case shall attend.**

     DATED: November 30, 2005

                      BY THE COURT:


                      *s/ Phillip S. Figa*
                      _____
                      Phillip S. Figa
                      United States District Judge