IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01957-PSF-OES

JOHN M. LONGO,

Plaintiff(s),

vs.

REGIS JESUIT HIGH SCHOOL CORPORATION d/b/a REGIS JESUIT HIGH SCHOOL,

Defendant(s).

## ORDER DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  January 5, 2006

　　　　Defendant's Motion for Protective Order (Doc. #89, filed December 20, 2005) is DENIED.  Counsel are directed to schedule the deposition of Barbara Heit by no later than February 1, 2006.

　　　　It is further ordered that if Ms. Heit is an agent or employee of Defendant, defense counsel is directed to arrange for her appearance at the deposition.