IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01957-PSF-MEH

JOHN M. LONGO,

    Plaintiff,

v.

REGIS JESUIT HIGH SCHOOL CORPORATION d/b/a REGIS JESUIT HIGH SCHOOL,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 22, 2006.**

    Defendant's Stipulated Motion to Vacate the February 27, 2006, Settlement Conference to Pursue Mediation Pursuant to 28 U.S.C. § 652 and D.C.COLO.LCivR 16.6 [Filed February 21, 2006; Docket #102] is **granted**. The parties are directed to submit a joint status report on or before March 2, 2006, advising the Court whether the matter was settled and, if not, whether a settlement conference with the Court would assist the parties.