IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No.  02-cv-01957-PSF-MEH

JOHN M. LONGO,

    Plaintiff,

v.

REGIS JESUIT HIGH SCHOOL CORPORATION
d/b/a REGIS JESUIT HIGH SCHOOL

    Defendant.

---

**ORDER VACATING EVIDENTIARY HEARING AND
DIRECTING FILING OF DISMISSAL PAPERS**

---

This matter is before the Court on the parties' Joint Status Report (Dkt. # 106), filed March 2, 2006, stating that a confidential settlement of the matter has been reached and requests the Court to vacate the evidentiary hearing set for March 7, 2006.  The Court, having reviewed said report, hereby VACATES the hearing set for March 7, 2006, the final trial preparation conference set for March 17, 2006, and the nine-day jury trial set to commence March 27, 2006.  The parties are DIRECTED to file dismissal papers no later than **March 17, 2006**.

    DATED: March 3, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*
                                        _____
                                        Phillip S. Figa
                                        United States District Judge